UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYRAKAYE BUTLER,<br><br>        Plaintiff<br><br>v.<br><br>ATNAZA, INC. d/b/a<br>DONNA KAY REST HOME and<br>LUIZA WADE,<br><br>        Defendants. | C.A. No. 4:20-cv-40147-TSH |

## JOINT MOTION TO CONTINUE FED. R. CIV. P. 16 SCHEDULING CONFERENCE

The Parties hereby move jointly to continue the Federal Rule of Civil Procedure 16(b) Scheduling Conference, to a date certain after the Parties conduct a mediation with Magistrate Judge Hennessey. The Parties are currently waiting for the mediation to be scheduled.

As grounds for their Joint Motion, the Parties submit that if the mediation is successful, the case will be dismissed, rendering the Rule 16 Conference moot. Therefore, in the interest of conserving the Court's and the Parties' resources, the Parties are requesting that the Rule 16 conference be continued until a date certain after the mediation.

| PLAINTIFF | DEFENDANTS |
|---|---|
| MYRAKAYE BUTLER, | ATNAZA, INC., and LUIZA WADE, |
| | |
| */s/ Vicki J. Bejma* | */s/ Matthew A. Porter* |
| Vicki J. Bejma, BBO # 653699 | Matthew A. Porter, BBO # 630625 |
| vbejma@smrobinsonlaw.com | matthew.porter@jacksonlewis.com |
| Robinson & Clapham | Jackson Lewis P.C. |
| 123 Dyer Street, Suite 135 | 75 Park Plaza, 4th Floor |
| Providence, RI 02903 | Boston, MA  02116 |
| (401) 331-6565 | (617) 305-1261 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 8, 2021.

/s/ *Matthew A. Porter*
Matthew A. Porter

4823-2961-4814, v. 1